Loan Number: __XXXX 3492__    Robin K. Ingram

**PROFIT AND LOSS STATEMENT (MINIMUM OF LAST FULL THREE MONTHS BUT NO MORE THAN 12)**

Please complete a separate Profit and Loss Statement for each business owned by the borrower(s)
*This form also needs to be completed if you are a 1099 employee

Company Name: __Lyft__

Type of Business: _____    Percentage of Ownership ____%
Check one: Business is ☐ All year OR ☐ Seasonal If seasonal enter the number of month's ____

For the Period: __10/[ov]2018__ through __10/31/2018__    Date of business formation: _____
                    MM/DD/YYYY                    MM/DD/YYYY                                                              MM/DD/YYYY

Name(s) of Business Owner(s): _____

| Income: | Gross Sales and Receipts | $1130.71 |
|---|---|---|
|  | Costs of Goods Sold |  |
| Other Income: | Interest, fees earned, etc. |  |
|  | Total Income (Gross Sales + Other Income) | 1130.71 |

| Business-Only Expenses: | | |
|---|---|---|
|  | Officer Wages and Salaries  How are the wages received? ☐ W-2 ☐ Owner draws (If taxes deducted, provide 30-days current paystubs) |  |
|  | Employee Wages and Salaries |  |
|  | Payroll Taxes Business |  |
|  | Utilities |  |
|  | Business Rent and/or Mortgage Payments Insurance |  |
|  | Advertising |  |
|  | Telephone Office |  |
|  | Expenses | $295 |
|  | Repairs and Maintenance |  |
|  | Business Travel, Meals, and Entertainment Supplies |  |
|  | Other Business Expenses |  |
|  | Other Business Expenses |  |
|  | Other Business Expenses |  |
|  | **Total Business Expenses** | **$295** |
| **Net Income/Loss: (Total Income minus Total Business Expenses)** | | **$835.71** |

Amounts can be verified with my ☐ Business Bank Statements ☐ Personal Bank Statements
This form accurately states my/our business expenses and self-employed income for the stated period.

_[signature]_                                                    __4/24/19__
Business Owner's Signature                                Date

_____                            _____
Business Owner's Signature                                Date

M&T Bank Profit & Loss Statement

May 2018

Scanned by CamScanner

Loan Number: XXXX 3492    Robin K. Ingram

**PROFIT AND LOSS STATEMENT (MINIMUM OF LAST FULL THREE MONTHS BUT NO MORE THAN 12)**

Please complete a separate Profit and Loss Statement for each business owned by the borrower(s)
*This form also needs to be completed if you are a 1099 employee

Company Name: Lyft

Type of Business: _____ Percentage of Ownership: _____ %
Check one: Business is ☐ All year OR ☐ Seasonal If seasonal enter the number of month's _____

For the Period: 11/01/2018 through 11/30/2018    Date of business formation: _____
MM/DD/YYYY    MM/DD/YYYY    MM/DD/YYYY

Name(s) of Business Owner(s): _____

| Income: | Gross Sales and Receipts | $1,102.93 |
|---|---|---|
|  | Costs of Goods Sold |  |
| Other Income: | Interest, fees earned, etc. |  |
|  | Total Income (Gross Sales + Other Income) |  |
| Business-Only Expenses: | Officer Wages and Salaries — How are the wages received? ☐ W-2 ☐ Owner draws (if taxes deducted, provide 30-days current paystubs) |  |
|  | Employee Wages and Salaries |  |
|  | Payroll Taxes Business |  |
|  | Utilities |  |
|  | Business Rent and/or Mortgage Payments Insurance |  |
|  | Advertising |  |
|  | Telephone Office |  |
|  | Expenses | $346 |
|  | Repairs and Maintenance |  |
|  | Business Travel, Meals, and Entertainment Supplies |  |
|  | Other Business Expenses |  |
|  | Other Business Expenses |  |
|  | Other Business Expenses |  |
|  | **Total Business Expenses** | $346 |
| **Net Income/Loss: (Total Income minus Total Business Expenses)** | | $756.93 |

Amounts can be verified with my ☐ Business Bank Statements ☐ Personal Bank Statements
This form accurately states my/our business expenses and self-employed income for the stated period.

_Robin K. Ing_____    4/24/19
Business Owner's Signature    Date

_____    _____
Business Owner's Signature    Date

M&T Bank Profit & Loss Statement

May 2018

Scanned by CamScanner

Loan Number: __XXXX 3492__    Robin K. Ingram

**PROFIT AND LOSS STATEMENT (MINIMUM OF LAST FULL THREE MONTHS BUT NO MORE THAN 12)**

Please complete a separate Profit and Loss Statement for each business owned by the borrower(s)
*This form also needs to be completed if you are a 1099 employee

Company Name: __Lyft/Uber__

Type of Business: _____    Percentage of Ownership _____ %
Check one: Business is ☐ All year OR ☐ Seasonal If seasonal enter the number of month's _____

For the Period: __12/01/2018__ through __12/31/2018__    Date of business formation: _____
                MM/DD/YYYY            MM/DD/YYYY                                  MM/DD/YYYY

Name(s) of Business Owner(s): _____

| | | |
|---|---|---|
| Income: | Gross Sales and Receipts.................................. | $1007.52 |
| | Costs of Goods Sold......................................... | |
| Other Income: | Interest, fees earned, etc................................ | |
| | Total Income (Gross Sales + Other Income) | $1007.52 |

| | | |
|---|---|---|
| Business-Only Expenses: | Officer Wages and Salaries<br>How are the wages received? ☐ W-2 ☐ Owner draws<br>(If taxes deducted, provide 30-days current paystubs) | |
| | Employee Wages and Salaries | |
| | Payroll Taxes Business | |
| | Utilities | |
| | Business Rent and/or Mortgage Payments Insurance | |
| | Advertising | |
| | Telephone Office | |
| | Expenses | $984 |
| | Repairs and Maintenance | |
| | Business Travel, Meals, and Entertainment Supplies | |
| | Other Business Expenses................................... | |
| | Other Business Expenses................................... | |
| | Other Business Expenses................................... | |
| | **Total Business Expenses** | $984 |
| **Net Income/Loss: (Total Income minus Total Business Expenses)** | | $23.52 |

Amounts can be verified with my ☐ Business Bank Statements ☐ Personal Bank Statements
This form accurately states my/our business expenses and self-employed income for the stated period.

_Robin K.___ (signature)    __4/24/19__
Business Owner's Signature    Date

_____    _____
Business Owner's Signature    Date

M&T Bank Profit & Loss Statement

May 2018

Scanned by CamScanner

Loan Number: XXXX 3492  Robin K. Ingram

**PROFIT AND LOSS STATEMENT (MINIMUM OF LAST FULL THREE MONTHS BUT NO MORE THAN 12)**

Please complete a separate Profit and Loss Statement for each business owned by the borrower(s)
*This form also needs to be completed if you are a 1099 employee

Company Name: Lyft/Uber

Type of Business: _____  Percentage of Ownership: ____%

Check one: Business is ☐ All year OR ☐ Seasonal If seasonal enter the number of month's ____

For the Period: 01/01/2019 through 01/31/2019    Date of business formation: _____
                MM/DD/YYYY         MM/DD/YYYY                                  MM/DD/YYYY

Name(s) of Business Owner(s): _____

| | | |
|---|---|---|
| Income: | Gross Sales and Receipts | $975.59 |
| | Costs of Goods Sold | |
| Other Income: | Interest, fees earned, etc. | |
| | Total Income (Gross Sales + Other Income) | |
| Business-Only Expenses: | Officer Wages and Salaries — How are the wages received? ☐ W-2 ☐ Owner draws (If taxes deducted, provide 30-days current paystubs) | |
| | Employee Wages and Salaries | |
| | Payroll Taxes Business | |
| | Utilities | |
| | Business Rent and/or Mortgage Payments Insurance | |
| | Advertising | |
| | Telephone Office Expenses | $332 |
| | Repairs and Maintenance | |
| | Business Travel, Meals, and Entertainment Supplies | |
| | Other Business Expenses | |
| | Other Business Expenses | |
| | Other Business Expenses | |
| | **Total Business Expenses** | $332 |
| **Net Income/Loss: (Total Income minus Total Business Expenses)** | | $643.59 |

Amounts can be verified with my ☐ Business Bank Statements ☐ Personal Bank Statements
This form accurately states my/our business expenses and self-employed income for the stated period.

Business Owner's Signature: *(signed)*    Date: 4/24/19

Business Owner's Signature _____    Date _____

M&T Bank Profit & Loss Statement                                          May 2018

Scanned by CamScanner

Loan Number: XXXX 3492  Robin K. Ingram

**PROFIT AND LOSS STATEMENT (MINIMUM OF LAST FULL THREE MONTHS BUT NO MORE THAN 12)**

Please complete a separate Profit and Loss Statement for each business owned by the borrower(s)
*This form also needs to be completed if you are a 1099 employee

Company Name: Lyft/Uber

Type of Business: _____

Check one: Business Is ☐ All year OR ☐ Seasonal If seasonal enter the number of month's ____  Percentage of Ownership ____%

For the Period: 02/01/2019 through 02/28/2019   Date of business formation: _____
                MM/DD/YYYY         MM/DD/YYYY                                    MM/DD/YYYY

Name(s) of Business Owner(s): _____

| | | |
|---|---|---|
| Income: | Gross Sales and Receipts | $591.12 |
| | Costs of Goods Sold | |
| Other Income: | Interest, fees earned, etc. | |
| | Total Income (Gross Sales + Other Income) | 591.12 |
| Business-Only Expenses: | Officer Wages and Salaries  How are the wages received? ☐ W-2 ☐ Owner draws  (If taxes deducted, provide 30-days current paystubs) | |
| | Employee Wages and Salaries | |
| | Payroll Taxes Business | |
| | Utilities | |
| | Business Rent and/or Mortgage Payments Insurance | |
| | Advertising | |
| | Telephone Office Expenses | 299 |
| | Repairs and Maintenance | |
| | Business Travel, Meals, and Entertainment Supplies | |
| | Other Business Expenses | |
| | Other Business Expenses | |
| | Other Business Expenses | |
| | Total Business Expenses | 299 |
| Net Income/Loss: (Total Income minus Total Business Expenses) | | $292.12 |

Amounts can be verified with my ☐ Business Bank Statements ☐ Personal Bank Statements
This form accurately states my/our business expenses and self-employed income for the stated period.

_Robin K Ingram_ (signature)                    4/24/19
Business Owner's Signature                       Date

_____                  _____
Business Owner's Signature                       Date

M&T Bank Profit & Loss Statement

May 2018

Loan Number: XXXX 3492  Robin K. Ingram

# PROFIT AND LOSS STATEMENT (MINIMUM OF LAST FULL THREE MONTHS BUT NO MORE THAN 12)

Please complete a separate Profit and Loss Statement for each business owned by the borrower(s)
*This form also needs to be completed if you are a 1099 employee

Company Name: Lyft/Uber

Type of Business: _____
Check one: Business is ☐ All year OR ☐ Seasonal. If seasonal enter the number of month's ____
Percentage of Ownership ____ %

For the Period: 03/01/2019 through 03/31/2019
MM/DD/YYYY              MM/DD/YYYY
Date of business formation: _____ MM/DD/YYYY

Name(s) of Business Owner(s): _____

| Income: | Gross Sales and Receipts | $1227.60 |
|---|---|---|
|  | Costs of Goods Sold |  |
| Other Income: | Interest, fees earned, etc. |  |
|  | Total Income (Gross Sales + Other Income) |  |

| Business-Only Expenses: |  |  |
|---|---|---|
|  | Officer Wages and Salaries |  |
|  | How are the wages received? ☐ W-2 ☐ Owner draws (if taxes deducted, provide 30-days current paystubs) |  |
|  | Employee Wages and Salaries |  |
|  | Payroll Taxes Business |  |
|  | Utilities |  |
|  | Business Rent and/or Mortgage Payments Insurance |  |
|  | Advertising |  |
|  | Telephone Office |  |
|  | Expenses | $614 |
|  | Repairs and Maintenance |  |
|  | Business Travel, Meals, and Entertainment Supplies |  |
|  | Other Business Expenses |  |
|  | Other Business Expenses |  |
|  | Other Business Expenses |  |
|  | Total Business Expenses |  |

Net Income/Loss: (Total Income minus Total Business Expenses)   $713.79

Amounts can be verified with my ☐ Business Bank Statements ☐ Personal Bank Statements
This form accurately states my/our business expenses and self-employed income for the stated period.

Robin K. [signature]                           4/24/19
Business Owner's Signature                    Date

_____              _____
Business Owner's Signature                    Date

M&T Bank Profit & Loss Statement

May 2018

Scanned by CamScanner

Loan Number: XXXX 3492    Robin K. Ingram

**PROFIT AND LOSS STATEMENT (MINIMUM OF LAST FULL THREE MONTHS BUT NO MORE THAN 12)**

Please complete a separate Profit and Loss Statement for each business owned by the borrower(s)
*This form also needs to be completed if you are a 1099 employee

Company Name: Lyft/Uber

Type of Business: _____ Percentage of Ownership ____ %
Check one: Business is ☐ All year OR ☐ Seasonal If seasonal enter the number of month's ____

For the Period: 04/01/2019 through present    Date of business formation: _____
                MM/DD/YYYY        MM/DD/YYYY                                MM/DD/YYYY

Name(s) of Business Owner(s): _____

| Income: | Gross Sales and Receipts | $502.59 |
| | Costs of Goods Sold | |
| Other Income: | Interest, fees earned, etc. | |
| | Total Income (Gross Sales + Other Income) | |
| Business-Only Expenses: | Officer Wages and Salaries | |
| | How are the wages received? ☐ W-2 ☐ Owner draws (If taxes deducted, provide 30-days current paystubs) | |
| | Employee Wages and Salaries | |
| | Payroll Taxes Business | |
| | Utilities | |
| | Business Rent and/or Mortgage Payments Insurance | |
| | Advertising | |
| | Telephone Office | |
| | Expenses | $254 |
| | Repairs and Maintenance | |
| | Business Travel, Meals, and Entertainment Supplies | |
| | Other Business Expenses | |
| | Other Business Expenses | |
| | Other Business Expenses | |
| | Total Business Expenses | |
| Net Income/Loss: (Total Income minus Total Business Expenses) | | $248.59 |

Amounts can be verified with my ☐ Business Bank Statements ☐ Personal Bank Statements
This form accurately states my/our business expenses and self-employed income for the stated period.

Business Owner's Signature _____    Date _____

Business Owner's Signature _____    Date _____

M&T Bank Profit & Loss Statement

May 2018