# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
|     ROBIN K. INGRAM | : | |
| | : | |
|     DEBTOR | : | |
| | : | CASE NO:   19-12694-JKF |
| | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED, than on July 10, 2019, a true and correct copy of the debtor's first amended chapter 13 plan was served upon all secured and priority creditors, the Debtor by first-class mail, postage pre-paid. The Chapter 13 Trustee and US Trustee received a copy by electronic service.

                                                Respectfully submitted:

                                                DUNNE LAW OFFICES. P.C.

Dated: July 10, 2019                               By: /s/ *Stephen M. Dunne*
                                                STEPHEN M. DUNNE. ESQUIRE
                                                Attorney for Debtor
                                                1515 Market Street, Suite 1200
                                                Philadelphia, PA 19102
                                                (215) 551-7109  Phone
                                                (215) 525-9721 Fax