## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    ROBIN K. INGRAM

                Debtor

Chapter 13

Case No. 19-12694 (JKF)

## PRAECIPE TO WITHDRAW OBJECTION
## OF TRUMARK FINANCIAL CREDIT UNION TO CONFIRMATION
## OF DEBTOR'S CHAPTER 13 PLAN DATED APRIL 27, 2019

Kindly withdraw the Objection of TruMark Financial Credit Union to Confirmation of

the Chapter 13 Plan dated April 27, 2019 (the "Objection"), which Objection was filed with this

Court on May 21, 2019, at Docket No. 9.

                KLEHR HARRISON HARVEY
                BRANZBURG LLP

By:    */s/Corinne Samler Brennan*
        Corinne Samler Brennan. Esquire
        1835 Market Street, Suite 1400
        Philadelphia, PA  19103
        Telephone: (215) 569-3393

        *Counsel to TruMark Financial Credit Union*

Dated: July 11, 2019