**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE           : | CHAPTER 13 |
|    ROBIN K. INGRAM   : | |
|    DEBTOR         : | |
|                   : | CASE NO:    19-12694-JKF |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED, than on September 4, 2019, a true and correct copy of the debtor's second amended chapter 13 plan was served upon all secured and priority creditors, the Debtor by first-class mail, postage pre-paid. The Chapter 13 Trustee and US Trustee received a copy by electronic service.

                                                                   Respectfully submitted:

                                                                   DUNNE LAW OFFICES. P.C.

Dated: September 4, 2019                      By: /s/ *Stephen M. Dunne*
                                                                    STEPHEN M. DUNNE. ESQUIRE
                                                                    Attorney for Debtor
                                                                    1515 Market Street, Suite 1200
                                                                    Philadelphia, PA 19102
                                                                    (215) 551-7109  Phone
                                                                    (215) 525-9721 Fax