IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ROBIN K. INGRAM | : | |
| DEBTOR | : | CASE NO:    19-12694-JKF |
| _____ | : | |

## ORDER APPROVING COUNSEL FEE

AND NOW, this _____ day of _____ 2019, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$4,000.00** is approved and the balance due counsel in the amount of **$2,500.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT

_____
Hon. Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE

**Date: October 30, 2019**

cc:   Stephen M. Dunne, Esq.
      1515 Market Street, Suite 1200
      Philadelphia, PA 19102

      William C. Miller, Esq.
      Chapter 13 Trustee
      PO Box 40119
      Philadelphia, PA 19107

      Robin K. Ingram
      6262 N. 3rd Street
      Philadelphia, PA 19120