United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robin K. Ingram  
      Debtor

Case No. 19-12694-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: ChrissyW   Page 1 of 1   Date Rcvd: Oct 30, 2019  
                      Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.  
db         +Robin K. Ingram,   6262 N. 3rd Street,   Philadelphia, PA 19120-1402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:

        CORINNE SAMLER BRENNAN   on behalf of Creditor   TruMark Financial Credit Union  
         cbrennan@klehr.com, swenitsky@klehr.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
        SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
         ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
        STEPHEN MATTHEW DUNNE   on behalf of Debtor Robin K. Ingram bestcasestephen@gmail.com,  
         dunnesr74587@notify.bestcase.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                          TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ROBIN K. INGRAM | : | |
| DEBTOR | : | CASE NO:   19-12694-JKF |
| _____ : | | |

## ORDER APPROVING COUNSEL FEE

AND NOW, this           day of                    2019, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$4,000.00** is approved and the balance due counsel in the amount of **$2,500.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT

_____
Hon. Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE

**Date: October 30, 2019**

cc:    Stephen M. Dunne, Esq.
       1515 Market Street, Suite 1200
       Philadelphia, PA 19102

       William C. Miller, Esq.
       Chapter 13 Trustee
       PO Box 40119
       Philadelphia, PA 19107

       Robin K. Ingram
       6262 N. 3rd Street
       Philadelphia, PA 19120