United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12694-jkf
Robin K. Ingram                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1          Date Rcvd: Jan 06, 2020
                         Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2020.
14324586       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2020 at the address(es) listed below:
    CORINNE SAMLER BRENNAN    on behalf of Creditor    TruMark Financial Credit Union
     cbrennan@klehr.com,  swenitsky@klehr.com
    REBECCA ANN SOLARZ     on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
    SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
    SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
     ECFMail@ReadingCh13.com
    STEPHEN MATTHEW DUNNE    on behalf of Debtor Robin K. Ingram bestcasestephen@gmail.com,
     dunnesr74587@notify.bestcase.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 6

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-12694-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Robin K. Ingram
6262 N. 3rd Street
Philadelphia PA 19120

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/06/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: PHEAA, PO Box 8147, Harrisburg, PA 17105 | ECMC<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  01/08/20

Tim McGrath
**CLERK OF THE COURT**