IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

ROBIN K. INGRAM,

          Debtor

Chapter 13

Case No. 19-12694 (JKF)

**NOTICE OF PAYMENT CHANGE/FORBEARANCE
PURSUANT TO ADMINISTRATIVE ORDER DATED APRIL 22, 2020**

Creditor:        TruMark Financial Credit Union ("TruMark")
Debtor:         Robin K. Ingram (the "Debtor")
Proof of Claim:   Claim No. 5 (filed 5/21/2019)
Collateral:      2014 Kia Sportage

     PLEASE BE ADVISED THAT TruMark and the Debtor have entered into a Vehicle Loan Modification Agreement (Extension of Term) dated April 27, 2020 (the "Agreement"). Pursuant to the Agreement, the Note is being amended to advance the next due date to June 1, 2020, and the term of the Note shall be extended by two (2) months to a new Maturity Date of February 1, 2023.[1] TruMark is not advancing or loaning the Debtor any additional funds under the Agreement.

                           KLEHR HARRISON HARVEY
                           BRANZBURG LLP

           By:    */s/Corinne Samler Brennan*
                    Corinne Samler Brennan. Esquire
                    1835 Market Street, Suite 1400
                    Philadelphia, PA  19103
                    Telephone: (215) 569-3393

                    *Counsel to TruMark Financial Credit Union*

Dated: April 30, 2020

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Agreement.

PHIL1 8094527v.1