**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>ROBIN K. INGRAM,<br><br>Debtor | Chapter 13<br><br>Case No. 19-12694 (JKF) |

**CERTIFICATE OF SERVICE FOR THE**
**NOTICE OF PAYMENT CHANGE/FORBEARANCE**

I, Corinne Samler Brennan, Esquire, hereby certify that I did cause a true and correct copy of the foregoing Notice of Payment Change/Forbearance to be served on this 30th day of April, 2020 upon the following parties via the CM/ECF System of this Court, and on this 30th day of April, 2020 upon the following parties in interest via U.S. Mail:

<u>Via U.S. Mail</u>
Robin K. Ingram
6262 N. 3rd Street
Philadelphia, PA 19120

<u>Via CM/ECF</u>
Scott F. Waterman, Esquire
ECFMail@ReadingCh13.com
Ecf_frpa@trustee13.com

Stephen Matthew Dunne, Esquire
bestcasestephen@gmail.com
dunnesr74587@notify.bestcase.com

KLEHR HARRISON HARVEY
BRANZBURG LLP

By:    */s/Corinne Samler Brennan*
Corinne Samler Brennan. Esquire
1835 Market Street, Suite 1400
Philadelphia, PA  19103
Telephone: (215) 569-3393

*Counsel to TruMark Financial Credit Union*

PHIL1 8094527v.1