| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-12694-AMC

ROBIN K INGRAM  
6262 N 3RD STREET  
PHILADELPHIA PA  19120

Petition Filed Date: 04/27/2019  
341 Hearing Date: 05/31/2019  
Confirmation Date: 10/30/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/04/2019 | $358.00 | Monthly Plan P | 06/26/2019 | $358.00 | Monthly Plan P | 07/26/2019 | $368.00 | Monthly Plan P |
| 09/16/2019 | $368.00 | Monthly Plan P | 09/20/2019 | $305.00 | 6758111722 | 11/06/2019 | $368.00 | |
| 12/05/2019 | $368.00 | | 01/09/2020 | $368.00 | | 02/10/2020 | $368.00 | |
| 04/09/2020 | $268.00 | | 05/07/2020 | $368.00 | | 06/05/2020 | $368.00 | |
| 07/07/2020 | $368.00 | | 08/07/2020 | $368.00 | | | | |

**Total Receipts for the Period: $4,969.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,969.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CITIZENS BANK NA<br>»» 001 | Unsecured Creditors | $5,179.07 | $0.00 | $5,179.07 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $4,160.76 | $0.00 | $4,160.76 |
| 0 | STEPHEN MATTHEW DUNNE ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 3 | EDUCATIONAL CREDIT MGMT CORP<br>»» 004 | Unsecured Creditors | $1,711.01 | $0.00 | $1,711.01 |
| 4 | TRUMARK FINANCIAL CREDIT UNION<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | TRUMARK FINANCIAL CREDIT UNION<br>»» 006 | Unsecured Creditors | $2,705.90 | $0.00 | $2,705.90 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $1,858.64 | $0.00 | $1,858.64 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 08P | Priority Crediors | $2,037.01 | $1,660.02 | $376.99 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 08U | Unsecured Creditors | $61.16 | $0.00 | $61.16 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $765.70 | $0.00 | $765.70 |
| 10 | M&T BANK<br>»» 010 | Mortgage Arrears | $15,294.15 | $0.00 | $15,294.15 |
| 11 | TD BANK USA NA<br>»» 011 | Unsecured Creditors | $760.86 | $0.00 | $760.86 |
| 12 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $1,193.19 | $0.00 | $1,193.19 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 013 | Secured Creditors | $412.00 | $0.00 | $412.00 |

Chapter 13 Case No. 19-12694-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,969.00 | Current Monthly Payment: | $382.67 |
| Paid to Claims: | $4,160.02 | Arrearages: | $324.37 |
| Paid to Trustee: | $477.78 | Total Plan Base: | $22,513.52 |
| Funds on Hand: | $331.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.