UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ROBIN K INGRAM | CASE NO: 19-12694 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 48 |
| | Judge: Ashely M. Chan |
| | Hearing Location: Courtroom 4 |
| | Hearing Date: 12/15/2020 |
| | Hearing Time: 01:00 PM |
| | Response Date: 12/8/2020 |

On 11/18/2020, I did cause a copy of the following documents, described below,

Motion to Modify Debtor's Confirmed Chapter 13 Plan ECF Docket Reference No. 48

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/18/2020

/s/ Stephen M. Dunne
Stephen M. Dunne  208838
Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA  19102-0000
215 551 7109

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ROBIN K INGRAM | CASE NO: 19-12694 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 13<br>ECF Docket Reference No. 48<br>Judge: Ashely M. Chan<br>Hearing Location: Courtroom 4<br>Hearing Date: 12/15/2020<br>Hearing Time: 01:00 PM<br>Response Date: 12/8/2020 |

On 11/18/2020, a copy of the following documents, described below,

Motion to Modify Debtor's Confirmed Chapter 13 Plan ECF Docket Reference No. 48

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/18/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Stephen M. Dunne
Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA  19102-0000

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br> LABEL MATRIX FOR LOCAL NOTICING<br>03132<br>CASE 19-12694-AMC<br>EASTERN DISTRICT OF PENNSYLVANIA<br>PHILADELPHIA<br>TUE NOV 17 16-57-31 EST 2020 | ECMC<br>PO BOX 16408<br>ST PAUL MN 55116-0408 | TRUMARK FINANCIAL CREDIT UNION<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>1835 MARKET STREET<br>SUITE 1400<br>PHILADELPHIA PA 19103-2945 |
| UNITED STATES TRUSTEE<br>OFFICE OF THE US TRUSTEE<br>200 CHESTNUT STREET<br>SUITE 502<br>PHILADELPHIA PA 19106-2908 | ~~EXCLUDE~~<br>~~PHILADELPHIA~~<br>~~900 MARKET STREET~~<br>~~SUITE 400~~<br>~~PHILADELPHIA PA 19107-4233~~ | AESPHEAA<br>ATTN BANKRUPTCY<br>PO BOX 2461<br>HARRISBURG PA 17105-2461 |
| AESPHEAA<br>PO BOX 61047<br>HARRISBURG PA 17106-1047 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CITIBANKTHE HOME DEPOT<br>ATTN RECOVERYCENTRALIZED BANKRUPTCY<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | CITIBANKTHE HOME DEPOT<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 |
| COMENITY BANKLANE BRYANT<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMENITY BANKLANE BRYANT<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 | COMENITYBANKNEW YORK<br>ATTN BANKRUPTCY<br>PO BOX 18215<br>COLUMBUS OH 43218 |
| COMENITYBANKNEW YORK<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 | COMENITYCAPITALBOSCOV<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMENITYCAPITALBOSCOV<br>PO BOX 182120<br>COLUMBUS OH 43218-2120 |
| CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | CREDIT ONE BANK<br>PO BOX 98875<br>LAS VEGAS NV 89193-8875 | CAPITAL ONE BANK USA NA<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| CAPITAL ONE BANK USA NA<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CITIBANK NA<br>6716 GRADE LANE<br>BLDG 9<br>SUITE 910-PY DEPT<br>LOUISVILLE KY 40213-3410 | CITIBANK NA<br>701 EAST 60TH STREET NORTH<br>SIOUX FALLS SD 57104-0493 |
| CITIZENS BANK<br>PO BOX 790104<br>SAINT LOUIS MO 63179-0104 | CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | CROWN ASSET MANAGMENT LLC<br>3100 BRECKENRIDGE ROAD SUITE 725<br>DULUTH GA 30096-7605 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CUSTOMER SERVICE UNIT<br>PO BOX 2462<br>ASTON PA 19014-0462 | DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | DUNNE LAW OFFICES PC<br>1515 MARKET STREET SUITE 1200<br>PHILADELPHIA PA 19102-1932 |
| EINSTEIN DENTAL MEDICINE<br>5501 OLD YORK ROAD<br>PALEY BLDG 2ND FLOOR<br>PHILADELPHIA PA 19141-3018 | INTERNAL REVENUE SERVICE P<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7317<br>PHILADELPHIA PA 19101-7317 | INTERNAL REVENUE SERVICE P<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| INDEPENDENCE BLUE CROSS<br>1900 MARKET STREET<br>PHILADELPHIA PA 19103-3527 | KML LAW GROUP PC<br>BNY MELLON INDEPENDENCE CENTER<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA PA 19106-1541 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| LAKEVIEW LOAN SERVICING<br>CO REBECCA A SOLARZ ESQUIRE<br>701 MARKET STREET SUITE 5000<br>PHILADELPHIA PA 19106-1541 | LAKEVIEW LOAN SERVICING LLC<br>4425 PONCE DE LEON BLVD<br>MAIL STOP MS5251<br>MIAMI FL 33146-1873 | LAKEVIEW LOAN SERVICING LLC<br>CO MT BANK<br>PO BOX 840<br>BUFFALO NY 14240-0840 |
| LIFE COUNSELING SERVICES<br>801 OLD YORK ROAD<br>SUITE 301<br>JENKINTOWN PA 19046-1611 | MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | ONWARD BEHAVIORAL HEALTH<br>680 AMERICAN AVENUE<br>SUITE 302<br>KING OF PRUSSIA PA 19406-4023 |
| PB CAPITAL GROUP LLC<br>ATTN COLLEEN KIMBLE<br>455 CENTER RD<br>BUFFALO NY 14224-2100 | PHEAA<br>PO BOX 8147<br>HARRISBURG PA 17105-8147 | PHILADELPHIA COURT OF COMMON PLEAS<br>PHILADELPHIA CITY HALL<br>PHILADELPHIA PA 19107 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>SECOND ROUND LP<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | SYNCHRONY BANKLOWES<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKLOWES<br>PO BOX 956005<br>ORLANDO FL 32896-0001 |
| TARGET<br>ATTN BANKRUPTCY<br>PO BOX 9475<br>MINNEAPOLIS MN 55440-9475 | TARGET<br>PO BOX 673<br>MINNEAPOLIS MN 55440-0673 | TD BANK USA NA<br>C O WEINSTEIN  RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121-3132 |
| TRUMARK FINANCIAL CREDIT UNION<br>335 COMMERCE DR<br>FORT WASHINGTON PA 19034-2712 | TRUMARK FINANCIAL CREDIT UNION<br>ATTN BANKRUPTCY<br>335 COMMERCE DR<br>FORT WASHINGTON PA 19034-2712 | TRANSWORLD SYSTEMS INC<br>PO BOX 17157<br>WILMINGTON DE 19850-7157 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL. SEE THE OFFICIAL COURT DOCKET FOR
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" FOR ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
TRUMARK FINANCIAL CREDIT UNION          UNITED COLLECTION BUREAU              CITY OF PHILADELPHIA LAW DEPARTMENT
CO CORINNE SAMLER BRENNAN               5620 SOUTHWYCK BLVD                   MUNICIPAL SERVICES BUILDING
KLEHR HARRISON HARVEY BRANZBURG LLP     SUITE 206                             1401 JOHN F KENNEDY BLVD 5TH FLOOR
1835 MARKET STREET                      TOLEDO OH 43614-1501                  PHILADELPHIA PA 19102-1617
SUITE 1400
PHILADELPHIA PA 19103-2945


DEBTOR                                  SCOTT F WATERMAN CHAPTER 13           STEPHEN MATTHEW DUNNE
ROBIN K INGRAM                          CHAPTER 13 TRUSTEE                    DUNNE LAW OFFICES PC
6262 N 3RD STREET                       2901 ST LAWRENCE AVE                  1515 MARKET STREET
PHILADELPHIA PA 19120-1402              SUITE 100                             SUITE 1200
                                        READING PA 19606-2265                 PHILADELPHIA PA 19102-1932
```