*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robin K. Ingram
    Debtor(s)

Case No: 19–12694–amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE****
Motion to Modify Plan Filed by Robin K. Ingram Represented by STEPHEN MATTHEW DUNNE (Counsel).

on: 12/16/20

at: 10:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date:  11/20/20

Timothy B. McGrath
Clerk of Court

56 – 48
Form 167