United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12694-amc |
| Robin K. Ingram | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 4 |
| Date Rcvd: Nov 20, 2020 | Form ID: 167 | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin K. Ingram, 6262 N. 3rd Street, Philadelphia, PA 19120-1402 |
| cr | + | TruMark Financial Credit Union, Klehr Harrison Harvey Branzburg, LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14315045 | + | AES/PHEAA, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 14315046 | + | AES/PHEAA, PO BOX 61047, HARRISBURG, PA 17106-1047 |
| 14315053 | + | CITIBANK/THE HOME DEPOT, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14315051 | + | CITIBANK/THE HOME DEPOT, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14353437 | + | Citibank, N.A, 6716 Grade Lane, Bldg 9, Suite 910-PY Dept, Louisville KY 40213-3410 |
| 14353240 | + | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 14315055 | + | Citizens Bank, PO Box 790104, Saint Louis, MO 63179-0104 |
| 14315065 | + | Customer Service Unit, PO BOX 2462, Aston, PA 19014-0462 |
| 14315066 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, DEPTARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 14315067 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, DEPTARTMENT STORE NATIONAL BANK/MACY'S, PO BOX 8218, MASON, OH 45040 |
| 14324309 | + | Dunne Law Offices, P.C., 1515 Market Street, Suite 1200, Philadelphia, PA 19102-1932 |
| 14448140 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14315068 | + | Einstein Dental Medicine, 5501 Old York Road, Paley Bldg., 2nd Floor, Philadelphia, PA 19141-3018 |
| 14315069 | + | Independence Blue Cross, 1900 Market Street, Philadelphia, PA 19103-3527 |
| 14315071 | + | KML Law Group, P.C., BNY Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14332275 | + | Lakeview Loan Servicing, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14315072 | + | Lakeview Loan Servicing LLC, 4425 Ponce De Leon Blvd, Mail Stop MS5/251, Miami, FL 33146-1873 |
| 14315073 | + | Life Counseling Services, 801 Old York Road, Suite 301, Jenkintown, PA 19046-1611 |
| 14315076 | #+ | Onward Behavioral Health, 680 American Avenue, Suite 302, King of Prussia, PA 19406-4023 |
| 14324586 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14315078 | | Philadelphia Court of Common Pleas, Philadelphia City Hall, Philadelphia, PA 19107 |
| 14315086 | + | TARGET, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 14315084 | + | TARGET, ATTN: BANKRUPTCY, PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 14315088 | + | Transworld Systems, Inc., P.O. Box 17157, Wilmington, DE 19850-7157 |
| 14324405 | + | TruMark Financial Credit Union, c/o CORINNE SAMLER BRENNAN, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400 Philadelphia, PA 19103-2945 |
| 14315093 | + | United Collection Bureau, 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14315047 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 21 2020 02:36:07 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14315048 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 21 2020 02:36:07 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 14317433 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 21 2020 01:46:00 | Citizens Bank N.A., One Citizens Bank Way Mail |

Case 19-12694-amc   Doc 57   Filed 11/22/20   Entered 11/23/20 00:40:22   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: Adminstra | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Nov 20, 2020 | Form ID: 167 | Total Noticed: 59 |

| Recipient # | Delivery Method | Date/Time | Address |
| --- | --- | --- | --- |
| | | | Stop JCA115, Johnston, RI 02919 |
| 14315080 | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 21 2020 01:46:00 | RBS CITIZENS CC, 1 CITIZENS DR., MS: ROP 15B, RIVERSIDE, RI 02915 |
| 14315081 | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 21 2020 01:46:00 | RBS CITIZENS CC, 1000 LAFAYETTE BLVD, BRIDGEPORT, CT 06604 |
| 14383559 | Email/Text: megan.harper@phila.gov | Nov 21 2020 01:47:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14315056 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2020 01:47:00 | COMENITY BANK/LANE BRYANT, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14315057 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2020 01:47:00 | COMENITY BANK/LANE BRYANT, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14315058 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2020 01:47:00 | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 18215, COLUMBUS, OH 43218 |
| 14315059 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2020 01:47:00 | COMENITYBANK/NEW YORK, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14315061 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2020 01:47:00 | COMENITYCAPITAL/BOSCOV, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 14315060 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2020 01:47:00 | COMENITYCAPITAL/BOSCOV, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14315062 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2020 02:36:08 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 14315063 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2020 02:36:08 | CREDIT ONE BANK, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 14321203 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 21 2020 02:37:18 | Capital One Bank (USA), N.A., PO BOX 71083, Charlotte NC 28272-1083 |
| 14320643 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 21 2020 02:36:10 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14315064 | + Email/Text: kthompson@crownasset.com | Nov 21 2020 01:47:00 | Crown Asset Managment, LLC, 3100 Breckenridge Road, Suite 725, Duluth, GA 30096-7605 |
| 14332539 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 21 2020 01:47:00 | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7317, PHILADELPHIA, PA 19101-7317 |
| 14315049 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 21 2020 02:38:27 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 14315050 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 21 2020 02:38:27 | CHASE CARD SERVICES, PO BOX 15298, WILMINGTON, DE 19850 |
| 14343636 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2020 02:36:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14349935 | + Email/Text: camanagement@mtb.com | Nov 21 2020 01:47:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14315074 | Email/Text: camanagement@mtb.com | Nov 21 2020 01:47:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 14315075 | Email/Text: camanagement@mtb.com | Nov 21 2020 01:47:00 | M & T BANK, PO BOX 900, MILLSBORO, DE 19966 |
| 14315077 | Email/Text: ckimble@pandbcapitalgroup.com | Nov 21 2020 01:46:00 | P & B Capital Group LLC, 455 Center Road, West Seneca, NY 14224 |

| District/off: 0313-2 | User: Adminstra | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: 167 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 14331563 | | Email/Text: bnc-quantum@quantum3group.com | Nov 21 2020 01:47:00 | Quantum3 Group LLC as agent for, Second Round LP, PO Box 788, Kirkland, WA 98083-0788 |
| 14315082 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2020 02:38:27 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14315083 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2020 02:37:18 | SYNCHRONY BANK/LOWES, PO BOX 956005, ORLANDO, FL 32896-0001 |
| 14351254 | + | Email/Text: bncmail@w-legal.com | Nov 21 2020 01:47:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14315091 | + | Email/Text: dbogucki@trumark.org | Nov 21 2020 01:48:00 | TRUMARK FINANCIAL CREDIT UNION, 335 COMMERCE DR, FORT WASHINGTON, PA 19034-2712 |
| 14315089 | + | Email/Text: dbogucki@trumark.org | Nov 21 2020 01:48:00 | TRUMARK FINANCIAL CREDIT UNION, ATTN: BANKRUPTCY, 335 COMMERCE DR, FORT WASHINGTON, PA 19034-2712 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14315052 | *+ | CITIBANK/THE HOME DEPOT, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14315054 | *+ | CITIBANK/THE HOME DEPOT, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14315070 | * | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14315079 | * | Philadelphia Court of Common Pleas, Philadelphia City Hall, Philadelphia, PA 19107 |
| 14315087 | *+ | TARGET, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 14315085 | *+ | TARGET, ATTN: BANKRUPTCY, PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 14315092 | *+ | TRUMARK FINANCIAL CREDIT UNION, 335 COMMERCE DR, FORT WASHINGTON, PA 19034-2712 |
| 14315090 | *+ | TRUMARK FINANCIAL CREDIT UNION, ATTN: BANKRUPTCY, 335 COMMERCE DR, FORT WASHINGTON, PA 19034-2712 |
| 14330050 | *+ | TruMark Financial Credit Union, 335 Commerce Drive, Fort Washington PA 19034-2712 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:**

**Name**   **Email Address**

District/off: 0313-2 | User: Adminstra | Page 4 of 4
Date Rcvd: Nov 20, 2020 | Form ID: 167 | Total Noticed: 59

CORINNE SAMLER BRENNAN
    on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  swenitsky@klehr.com

REBECCA ANN SOLARZ
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

STEPHEN MATTHEW DUNNE
    on behalf of Debtor Robin K. Ingram bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Robin K. Ingram
    Debtor(s)

Case No: 19−12694−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*\*
Motion to Modify Plan Filed by Robin K. Ingram Represented by STEPHEN MATTHEW DUNNE (Counsel).

on: 12/16/20

at: 10:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  11/20/20

Timothy B. McGrath
Clerk of Court

56 − 48
Form 167