# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ROBIN K INGRAM | : | |
| DEBTOR | : | BKY. NO. 19-12694-AMC |

## CERTIFICATION OF NO RESPONSE

I, STEPHEN DUNNE, ESQUIRE, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Supplemental Application and Supplemental Application to Approve Counsel Fees.

Respectfully Submitted,

Date: **December 16, 2020**

BY: /s/ *Stephen M. Dunne*
**Stephen M. Dunne, Esquire**
1515 Market Street, Suite. 1200
Philadelphia, PA 19102
(215) 551-7109