### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | **CHAPTER 13** |
| **ROBIN K INGRAM** | : | |
| | : | |
| **DEBTOR** | : | |
| | : | **CASE NO:    19-12694-AMC** |
| | : | |
| | : | |
| _____ | : | |

### ORDER APPROVING AMENDED MOTION TO MODIFY
### CHAPTER 13 PLAN POST-CONFIRMATION

      AND NOW, this      day of          2020, in consideration of the foregoing Motion to Modify Debtor's Chapter 13 Plan Post-Confirmation it is

      ORDERED and DECREED that Debtor's Chapter 13 Plan may be amended post-confirmation pursuant to 11 U.S.C. Section 1329.

**BY THE COURT**

**Date: December 16, 2020**

_____

Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc:    Stephen M. Dunne, Esq.
       1515 Market Street, Suite 1200
       Philadelphia, PA 19102

       Robin K. Ingram
       6262 N. 3rd Street
       Philadelphia, PA 19120