**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ROBIN K. INGRAM | : | Chapter 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No. 19-12694 AMC |

**O R D E R**

AND NOW, this            day of                        , 2020 upon consideration of Debtor's Counsel's Application to Approve Supplemental Fees for services rendered after Confirmation pursuant to Local Rule 2016-2.

It is Ordered that Fees in the amount of $900 are Approved to Dunne Law Offices, P.C.. in relation to services rendered for modifying the plan after confirmation.

Upon approval of the Supplemental Fee Application the trustee shall pay counsel's administrative priority fees in accordance with the modified plan.

By the Court:

**Date: December 17, 2020**

HON. ASHELY M. CHAN
U.S. Bankruptcy Judge