United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12694-amc |
| Robin K. Ingram | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 17, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin K. Ingram, 6262 N. 3rd Street, Philadelphia, PA 19120-1402 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:

**Name                Email Address**

CORINNE SAMLER BRENNAN
on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  swenitsky@klehr.com

REBECCA ANN SOLARZ
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

STEPHEN MATTHEW DUNNE
on behalf of Debtor Robin K. Ingram bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2 User: Adminstra Page 2 of 2
Date Rcvd: Dec 17, 2020 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ROBIN K INGRAM | : | |
| | : | |
| DEBTOR | : | |
| | : | CASE NO:   19-12694-AMC |
| _____ : | | |

### ORDER APPROVING AMENDED MOTION TO MODIFY
### CHAPTER 13 PLAN POST-CONFIRMATION

AND NOW, this _____ day of _____ 2020, in consideration of the foregoing Motion to Modify Debtor's Chapter 13 Plan Post-Confirmation it is

ORDERED and DECREED that Debtor's Chapter 13 Plan may be amended post-confirmation pursuant to 11 U.S.C. Section 1329.

BY THE COURT

**Date: December 16, 2020**

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc:   Stephen M. Dunne, Esq.
      1515 Market Street, Suite 1200
      Philadelphia, PA 19102

      Robin K. Ingram
      6262 N. 3rd Street
      Philadelphia, PA 19120

Page 1 of 1