| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-12694-AMC

ROBIN K INGRAM
6262 N 3RD STREET
PHILADELPHIA  PA    19120

Petition Filed Date: 04/27/2019
341 Hearing Date: 05/31/2019
Confirmation Date: 10/30/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2020 | $368.00 | | 02/10/2020 | $368.00 | | 04/09/2020 | $268.00 | |
| 05/07/2020 | $368.00 | | 06/05/2020 | $368.00 | | 07/07/2020 | $368.00 | |
| 08/07/2020 | $368.00 | | 11/06/2020 | $368.00 | | 12/08/2020 | $279.50 | |
| 01/14/2021 | $279.50 | | 02/18/2021 | $300.50 | | 03/18/2021 | $280.00 | |
| 04/21/2021 | $280.00 | | 05/27/2021 | $280.00 | | | | |

**Total Receipts for the Period:  $4,543.50    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $7,036.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CITIZENS BANK NA<br>»» 001 | Unsecured Creditors | $5,179.07 | $0.00 | $5,179.07 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $4,160.76 | $0.00 | $4,160.76 |
| 0 | STEPHEN MATTHEW DUNNE ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 3 | EDUCATIONAL CREDIT MGMT CORP<br>»» 004 | Unsecured Creditors | $1,711.01 | $0.00 | $1,711.01 |
| 4 | TRUMARK FINANCIAL CREDIT UNION<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | TRUMARK FINANCIAL CREDIT UNION<br>»» 006 | Unsecured Creditors | $2,705.90 | $0.00 | $2,705.90 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $1,858.64 | $0.00 | $1,858.64 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 08P | Priority Crediors | $2,037.01 | $2,037.01 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 08U | Unsecured Creditors | $61.16 | $0.00 | $61.16 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $765.70 | $0.00 | $765.70 |
| 10 | M&T BANK<br>»» 010 | Mortgage Arrears | $15,294.15 | $697.77 | $14,596.38 |
| 11 | TD BANK USA NA<br>»» 011 | Unsecured Creditors | $760.86 | $0.00 | $760.86 |
| 12 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $1,193.19 | $0.00 | $1,193.19 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 013 | Secured Creditors | $412.00 | $18.80 | $393.20 |
| 0 | DUNNE LAW OFFICES PC | Attorney Fees | $900.00 | $900.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,036.50 | Current Monthly Payment: | $279.50 |
| Paid to Claims: | $6,153.58 | Arrearages: | ($22.50) |
| Paid to Trustee: | $630.92 | Total Plan Base: | $23,504.50 |
| Funds on Hand: | $252.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.