# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robin K. Ingram<br>**Debtor(s)**<br><br>**LAKEVIEW LOAN SERVICING, LLC**<br>**Movant**<br>vs.<br><br>Robin K. Ingram<br>**Debtor(s)**<br><br>**Scott Waterman**,<br>**Trustee** | BK NO. 19-12694 AMC<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 27, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Robin K. Ingram
6262 North 3rd Street
Philadelphia, PA 19120

Attorney for Debtor(s)
Stephen Matthew Dunne, Dunne Law Offices, P.C.
1515 Market Street , Suite 1200
Philadelphia, PA 19102

<u>Trustee</u>
Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: <u>July 27, 2021</u>

**/s/Rebecca A. Solarz Esquire**
Rebecca A. Solarz Esquire
Attorney I.D. 315936
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com