**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Robin K Ingram | : | 19-12694-AMC |
| **Debtor** | : | |
| | : | CHAPTER 13 |

**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**

I, Stephen M. Dunne, attorney for Debtor, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection has been filed by any party in interest or the Trustee to the Debtor's Motion to Approve Loan Modification filed on March 9, 2022 (D.I. # 72).

Respectfully submitted,

Date: March 30, 2022        BY: */s/ Stephen M. Dunne*
Stephen M. Dunne, Esquire
Dunne Law Offices, P.C.
1515 Market Street, Suite. 1200
Philadelphia, PA  19102
(215) 551-7109 Phone
(215) 525-9721 Fax