IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| ROBIN K. INGRAM | : | |
| Debtor | : | Bankruptcy No. 19-12694-AMC |

### ORDER APPROVING SUPPLEMENTAL COUNSEL FEE

AND NOW, this         day of              2022, in consideration of the foregoing Application for APPROVAL of Supplemental Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$2,295.00** is approved and the balance due counsel in the amount of **$2,295** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE

**Date: June 14, 2022**

cc:  Stephen M. Dunne, Esq.
     1515 Market Street, Suite 1200
     Philadelphia, PA 19102

     Kenneth E. West, Esq.
     Chapter 13 Trustee
     PO Box 40837
     Philadelphia, PA 19107

     Robin Ingram
     6262 N. 3rd Street
     Philadelphia, PA 19120