IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ROBIN K INGRAM | : | |
| | : | |
| DEBTOR | : | |
| | : | CASE NO:  19-12694-AMC |
| | : | |
| | : | |
| | : | |

### ORDER APPROVING AMENDED MOTION TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION

AND NOW, this _____ day of _____ 2022, in consideration of the foregoing Motion to Modify Debtor's Chapter 13 Plan Post-Confirmation it is

ORDERED and DECREED that Debtor's Chapter 13 Plan may be amended post-confirmation pursuant to 11 U.S.C. Section 1329.

BY THE COURT

**Date: July 21, 2022**

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc:   Stephen M. Dunne, Esq.
      1515 Market Street, Suite 1200
      Philadelphia, PA 19102

      Robin K. Ingram
      6262 N. 3rd Street
      Philadelphia, PA 19120