United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robin K. Ingram  
    Debtor

Case No. 19-12694-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin K. Ingram, 6262 N. 3rd Street, Philadelphia, PA 19120-1402 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2022 at the address(es) listed below:

**Name**      **Email Address**

CORINNE SAMLER BRENNAN  
     on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com swenitsky@klehr.com;nyackle@klehr.com

REBECCA ANN SOLARZ  
     on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)  
     ECFMail@ReadingCh13.com

STEPHEN MATTHEW DUNNE  
     on behalf of Debtor Robin K. Ingram bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com

Scott F Waterman  
     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee  
     USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2          User: admin          Page 2 of 2
Date Rcvd: Jul 21, 2022          Form ID: pdf900          Total Noticed: 1
TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| **ROBIN K INGRAM** | : | |
| | : | |
| DEBTOR | : | |
| | : | CASE NO:    19-12694-AMC |
| | : | |
| | : | |
| _____ | : | |

### ORDER APPROVING AMENDED MOTION TO MODIFY
### CHAPTER 13 PLAN POST-CONFIRMATION

AND NOW, this         day of                         2022, in consideration of the foregoing Motion to Modify Debtor's Chapter 13 Plan Post-Confirmation it is

ORDERED and DECREED that Debtor's Chapter 13 Plan may be amended post-confirmation pursuant to 11 U.S.C. Section 1329.

**Date: July 21, 2022**

BY THE COURT

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc:    Stephen M. Dunne, Esq.
    1515 Market Street, Suite 1200
    Philadelphia, PA 19102

    Robin K. Ingram
    6262 N. 3rd Street
    Philadelphia, PA 19120