| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-12694-AMC

ROBIN K  INGRAM  
6262 N 3RD STREET  
PHILADELPHIA  PA    19120

Petition Filed Date: 04/27/2019  
341 Hearing Date: 05/31/2019  
Confirmation Date: 10/30/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/21/2021 | $280.00 | | 05/27/2021 | $280.00 | | 07/08/2021 | $279.50 | |
| 08/12/2021 | $280.00 | | 10/07/2021 | $363.00 | | 01/24/2022 | $111.50 | |
| 06/07/2022 | $255.86 | | 07/07/2022 | $517.70 | | | | |

**Total Receipts for the Period: $2,367.56    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,844.06**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CITIZENS BANK NA<br>»» 001 | Unsecured Creditors | $5,179.07 | $0.00 | $5,179.07 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $4,160.76 | $0.00 | $4,160.76 |
| 0 | STEPHEN MATTHEW DUNNE ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 3 | EDUCATIONAL CREDIT MGMT CORP<br>»» 004 | Unsecured Creditors | $1,711.01 | $0.00 | $1,711.01 |
| 4 | TRUMARK FINANCIAL CREDIT UNION<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | TRUMARK FINANCIAL CREDIT UNION<br>»» 006 | Unsecured Creditors | $2,705.90 | $0.00 | $2,705.90 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $1,858.64 | $0.00 | $1,858.64 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 08P | Priority Crediors | $2,037.01 | $2,037.01 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 08U | Unsecured Creditors | $61.16 | $0.00 | $61.16 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $765.70 | $0.00 | $765.70 |
| 10 | M&T BANK<br>»» 010 | Mortgage Arrears | $1,858.59 | $1,858.59 | $0.00 |
| 11 | TD BANK USA NA<br>»» 011 | Unsecured Creditors | $760.86 | $0.00 | $760.86 |
| 12 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $1,193.19 | $0.00 | $1,193.19 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 013 | Secured Creditors | $412.00 | $38.62 | $373.38 |
| 0 | DUNNE LAW OFFICES PC | Attorney Fees | $900.00 | $900.00 | $0.00 |
| 0 | DUNNE LAW OFFICES PC | Attorney Fees | $2,295.00 | $0.00 | $2,295.00 |

Chapter 13 Case No. 19-12694-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,844.06 | Current Monthly Payment: | $255.86 |
| Paid to Claims: | $7,334.22 | Arrearages: | ($5.98) |
| Paid to Trustee: | $786.72 | Total Plan Base: | $20,351.78 |
| Funds on Hand: | $723.12 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.