### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robin K. Ingram<br>　　　　　Debtor(s)<br><br>LAKEVIEW LOAN SERVICING, LLC<br>　　　　　Movant<br>　vs.<br>Robin K. Ingram<br>　　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　　Trustee | CHAPTER 13<br><br><br>NO. 19-12694 AMC<br><br><br><br>11 U.S.C. Sections 362 |

### ORDER

AND NOW, this 19th day of October, 2023 at Philadelphia, upon upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

_____
United States Bankruptcy Judge.

cc: See attached service list

Robin K. Ingram
6262 North 3rd Street
Philadelphia, PA 19120

Stephen Matthew Dunne
Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532