United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robin K. Ingram  
    Debtor

Case No. 19-12694-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Oct 19, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin K. Ingram, 6262 N. 3rd Street, Philadelphia, PA 19120-1402 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:

**Name**     **Email Address**

BRIAN CRAIG NICHOLAS  
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CORINNE SAMLER BRENNAN  
    on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com

MARK A. CRONIN  
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]  
    ECFMail@ReadingCh13.com

STEPHEN MATTHEW DUNNE  
    on behalf of Debtor Robin K. Ingram bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com

Scott F Waterman  
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 19, 2023 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robin K. Ingram<br>　　　　　Debtor(s) | CHAPTER 13 |
| LAKEVIEW LOAN SERVICING, LLC<br>　　　　　Movant<br>vs.<br>Robin K. Ingram<br>　　　　　Debtor(s) | NO. 19-12694 AMC |
| Scott F. Waterman<br>　　　　　Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 19th day of October, 2023 at Philadelphia, upon upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

_____
United States Bankruptcy Judge.

cc: See attached service list

Robin K. Ingram
6262 North 3rd Street
Philadelphia, PA 19120

Stephen Matthew Dunne
Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532