Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
Chapter 13 Case No. 19-12694-AMC

ROBIN K  INGRAM  
6262 N 3RD STREET  
PHILADELPHIA  PA  19120

Petition Filed Date: 04/27/2019  
341 Hearing Date: 05/31/2019  
Confirmation Date: 10/30/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2023 | $210.00 | | 09/26/2023 | $110.00 | | 10/11/2023 | $275.46 | |
| 11/13/2023 | $258.86 | | 12/11/2023 | $447.53 | | 01/12/2024 | $447.53 | |
| 02/14/2024 | $447.53 | | 03/14/2024 | $255.86 | | 04/16/2024 | $255.86 | |
| 05/13/2024 | $255.86 | | 06/10/2024 | $255.86 | | 07/08/2024 | $255.86 | |

**Total Receipts for the Period: $3,476.21   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,987.73**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CITIZENS BANK NA »» 001 | Unsecured Creditors | $5,179.07 | $1,021.02 | $4,158.05 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $4,160.76 | $820.24 | $3,340.52 |
| 0 | DUNNE LAW OFFICES PC | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 3 | EDUCATIONAL CREDIT MGMT CORP »» 004 | Unsecured Creditors | $1,711.01 | $337.32 | $1,373.69 |
| 4 | TRUMARK FINANCIAL CREDIT UNION »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | TRUMARK FINANCIAL CREDIT UNION »» 006 | Unsecured Creditors | $2,705.90 | $533.44 | $2,172.46 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR »» 007 | Unsecured Creditors | $1,858.64 | $366.41 | $1,492.23 |
| 7 | UNITED STATES TREASURY (IRS) »» 08P | Priority Crediors | $2,037.01 | $2,037.01 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS) »» 08U | Unsecured Creditors | $61.16 | $0.00 | $61.16 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $765.70 | $150.92 | $614.78 |
| 10 | M&T BANK »» 010 | Mortgage Arrears | $1,858.59 | $1,858.59 | $0.00 |
| 11 | TD BANK USA NA »» 011 | Unsecured Creditors | $760.86 | $149.98 | $610.88 |
| 12 | CITIBANK NA »» 012 | Unsecured Creditors | $1,193.19 | $235.24 | $957.95 |
| 13 | CITY OF PHILADELPHIA (LD) »» 013 | Secured Creditors | $412.00 | $412.00 | $0.00 |
| 0 | DUNNE LAW OFFICES PC | Attorney Fees | $900.00 | $900.00 | $0.00 |
| 0 | DUNNE LAW OFFICES PC | Attorney Fees | $2,295.00 | $2,295.00 | $0.00 |

Chapter 13 Case No. 19-12694-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,987.73 | Current Monthly Payment: | $255.86 |
| Paid to Claims: | $13,617.17 | Arrearages: | ($9.01) |
| Paid to Trustee: | $1,358.46 | Total Plan Base: | $20,351.78 |
| Funds on Hand: | $12.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.