| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 19-12694-AMC

ROBIN K INGRAM  
6262 N 3RD STREET  
PHILADELPHIA  PA    19120

Petition Filed Date: 04/27/2019  
341 Hearing Date: 05/31/2019  
Confirmation Date: 10/30/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2024 | $255.86 | | 09/10/2024 | $255.86 | | 10/11/2024 | $255.86 | |
| 11/07/2024 | $255.86 | | 12/10/2024 | $255.86 | | 01/14/2025 | $255.86 | |
| 02/11/2025 | $255.86 | | 03/19/2025 | $255.86 | | 04/09/2025 | $255.86 | |
| 05/09/2025 | $255.86 | | 06/12/2025 | $255.86 | | 07/11/2025 | $255.86 | |

**Total Receipts for the Period: $3,070.32   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $18,058.05**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CITIZENS BANK NA<br>»» 001 | Unsecured Creditors | $5,179.07 | $1,819.50 | $3,359.57 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $4,160.76 | $1,461.73 | $2,699.03 |
| 0 | DUNNE LAW OFFICES PC | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 3 | EDUCATIONAL CREDIT MGMT CORP<br>»» 004 | Unsecured Creditors | $1,711.01 | $601.13 | $1,109.88 |
| 4 | TRUMARK FINANCIAL CREDIT UNION<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | TRUMARK FINANCIAL CREDIT UNION<br>»» 006 | Unsecured Creditors | $2,705.90 | $950.65 | $1,755.25 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $1,858.64 | $652.95 | $1,205.69 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 08P | Priority Crediors | $2,037.01 | $2,037.01 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 08U | Unsecured Creditors | $61.16 | $15.17 | $45.99 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $765.70 | $268.97 | $496.73 |
| 10 | M&T BANK<br>»» 010 | Mortgage Arrears | $1,858.59 | $1,858.59 | $0.00 |
| 11 | TD BANK USA NA<br>»» 011 | Unsecured Creditors | $760.86 | $267.28 | $493.58 |
| 12 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $1,193.19 | $419.18 | $774.01 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 013 | Secured Creditors | $412.00 | $412.00 | $0.00 |
| 0 | DUNNE LAW OFFICES PC | Attorney Fees | $900.00 | $900.00 | $0.00 |
| 0 | DUNNE LAW OFFICES PC | Attorney Fees | $2,295.00 | $2,295.00 | $0.00 |

Chapter 13 Case No. 19-12694-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,058.05 | Current Monthly Payment: | $255.86 |
| Paid to Claims: | $16,459.16 | Arrearages: | $246.85 |
| Paid to Trustee: | $1,592.58 | Total Plan Base: | $20,351.78 |
| Funds on Hand: | $6.31 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.