Certificate Number: 03621-PAE-DE-032894350

Bankruptcy Case Number: 19-12694



03621-PAE-DE-032894350

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 30, 2019, at 2:04 o'clock PM EDT, Robin K Ingram completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 30, 2019            By:      /s/Michelove Thelemaque

                               Name:   Michelove Thelemaque

                               Title:   Credit Counselor