**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **ROBIN K  INGRAM** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| | (State) |
| Case Number | **19-12694-AMC** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made                 **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   M&T BANK

**Court claim no.** (if known): 10-3

**Last 4 digits** of any number you use to identify the debtor's account:   3   4   9   2

**Property Address:**   6262 N 3RD STREET
Number        Street

PHILADELPHIA                                      PA      19120
City                                                         State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | | Amount |
|---|---|---|
| a. | Allowed amount of prepetition arrearage: | $ 1,858.59 |
| b. | Total amount of prepetition arrearage disbursed by the trustee: | $ 1,858.59 |
| c. | Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. | Total amount of arrearages disbursed by the trustee: | $ 1,858.59 |

| Part 4: | Postpetition Payment |
|---------|----------------------|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---------|------------------------------------------|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $ _____ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---------|-------------------------------------------------------|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Scott F. Waterman                                   Date   05/21/2026
Signature

Trustee        Scott F. Waterman
               First Name          Middle Name          Last Name

Address        2901 St. Lawrence Avenue, Suite 100
               Number        Street

               Reading                              PA       19606
               City                                 State    ZIP Code

Contact phone  (610) 779-1313              Email  info@ReadingCh13.com

| Debtor 1 | **ROBIN K  INGRAM** | Case Number **19-12694-AMC** | Page 1 |
|---|---|---|---|
| | Name | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 10-3 | M&T BANK | Pre-Petition Arrears | 02/23/2021 | 17213997 | Disbursement To Creditor/Principal | 190.63 |
| 10-3 | M&T BANK | Pre-Petition Arrears | 03/19/2021 | 17215247 | Disbursement To Creditor/Principal | 253.57 |
| 10-3 | M&T BANK | Pre-Petition Arrears | 04/23/2021 | 17216387 | Disbursement To Creditor/Principal | 253.57 |
| 10-3 | M&T BANK | Pre-Petition Arrears | 06/25/2021 | 17218590 | Disbursement To Creditor/Principal | 245.39 |
| 10-3 | M&T BANK | Pre-Petition Arrears | 07/23/2021 | 17219658 | Disbursement To Creditor/Principal | 244.95 |
| 10-3 | M&T BANK | Pre-Petition Arrears | 08/20/2021 | 17220698 | Disbursement To Creditor/Principal | 245.39 |
| 10-3 | M&T BANK | Pre-Petition Arrears | 10/22/2021 | 17222716 | Disbursement To Creditor/Principal | 325.20 |
| 10-3 | M&T BANK | Pre-Petition Arrears | 02/18/2022 | 17226545 | Disbursement To Creditor/Principal | 99.89 |
| | | | | | Total for Claim Number 10-3: | 1,858.59 |

**Total for Part 3 - b (Prepetition Arrears):**    **1,858.59**