United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12694-amc |
| Robin K. Ingram | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 21, 2026 | Form ID: 138OBJ | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin K. Ingram, 6262 N. 3rd Street, Philadelphia, PA 19120-1402 |
| 14315055 | + | Citizens Bank, PO Box 790104, Saint Louis, MO 63179-0104 |
| 14315065 | + | Customer Service Unit, PO BOX 2462, Aston, PA 19014-0462 |
| 14324309 | + | Dunne Law Offices, P.C., 1515 Market Street, Suite 1200, Philadelphia, PA 19102-1932 |
| 14315068 | + | Einstein Dental Medicine, 5501 Old York Road, Paley Bldg., 2nd Floor, Philadelphia, PA 19141-3018 |
| 14315069 | + | Independence Blue Cross, 1900 Market Street, Philadelphia, PA 19103-3527 |
| 14332275 | + | Lakeview Loan Servicing, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14315073 | + | Life Counseling Services, 801 Old York Road, Suite 301, Jenkintown, PA 19046-1611 |
| 14315078 | | Philadelphia Court of Common Pleas, Philadelphia City Hall, Philadelphia, PA 19107 |
| 14315088 | + | Transworld Systems, Inc., P.O. Box 17157, Wilmington, DE 19850-7157 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 22 2026 02:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 22 2026 02:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14315046 | + | Email/Text: bncnotifications@pheaa.org | May 22 2026 02:22:00 | AES/PHEAA, PO BOX 61047, HARRISBURG, PA 17106-1047 |
| 14315045 | + | Email/Text: bncnotifications@pheaa.org | May 22 2026 02:22:00 | AES/PHEAA, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 14315047 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2026 02:26:31 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14315048 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2026 02:26:46 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 14315050 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 22 2026 02:26:55 | CHASE CARD SERVICES, PO BOX 15298, WILMINGTON, DE 19850-5298 |
| 14315049 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 22 2026 02:26:30 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850-5298 |
| 14315051 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2026 02:37:12 | CITIBANK/THE HOME DEPOT, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14315053 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2026 02:37:05 | CITIBANK/THE HOME DEPOT, PO BOX 6497, |

District/off: 0313-2                                    User: admin                                    Page 2 of 4
Date Rcvd: May 21, 2026                        Form ID: 138OBJ                              Total Noticed: 61

|  |  |  |  |
|---|---|---|---|
|  |  |  | SIOUX FALLS, SD 57117-6497 |
| 14317433 | Email/Text: Bankruptcy.RI@Citizensbank.com | May 22 2026 02:22:00 | Citizens Bank N.A., One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |
| 14315080 | Email/Text: Bankruptcy.RI@Citizensbank.com | May 22 2026 02:22:00 | RBS CITIZENS CC, 1 CITIZENS DR., MS: ROP 15B, RIVERSIDE, RI 02915 |
| 14315081 | Email/Text: Bankruptcy.RI@Citizensbank.com | May 22 2026 02:22:00 | RBS CITIZENS CC, 1000 LAFAYETTE BLVD, BRIDGEPORT, CT 06604 |
| 14383559 | Email/Text: megan.harper@phila.gov | May 22 2026 02:22:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14315056 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 22 2026 02:22:00 | COMENITY BANK/LANE BRYANT, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14315057 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 22 2026 02:22:00 | COMENITY BANK/LANE BRYANT, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14315058 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 22 2026 02:22:00 | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 18215, COLUMBUS, OH 43218 |
| 14315059 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 22 2026 02:22:00 | COMENITYBANK/NEW YORK, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14315061 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 22 2026 02:22:00 | COMENITYCAPITAL/BOSCOV, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 14315060 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 22 2026 02:22:00 | COMENITYCAPITAL/BOSCOV, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14315062 | + Email/PDF: creditonebknotifications@resurgent.com | May 22 2026 02:26:35 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 14315063 | + Email/PDF: creditonebknotifications@resurgent.com | May 22 2026 02:26:34 | CREDIT ONE BANK, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 14321203 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2026 02:26:31 | Capital One Bank (USA), N.A., PO BOX 71083, Charlotte NC 28272-1083 |
| 14320643 | + Email/PDF: ebn_ais@aisinfo.com | May 22 2026 02:26:35 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14353437 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2026 02:37:18 | Citibank, N.A, 6716 Grade Lane, Bldg 9, Suite 910-PY Dept, Louisville KY 40213-3410 |
| 14353240 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2026 02:37:05 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14315064 | + Email/Text: bankruptcies@crownasset.com | May 22 2026 02:22:00 | Crown Asset Managment, LLC, 3100 Breckenridge Road, Suite 725, Duluth, GA 30096-7605 |
| 14315066 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2026 02:37:11 | DEPTARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 14315067 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2026 02:37:05 | DEPTARTMENT STORE NATIONAL BANK/MACY'S, PO BOX 8218, MASON, OH 45040 |
| 14448140 | Email/Text: ECMCBKNotices@ecmc.org | May 22 2026 02:22:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14332539 | + Email/Text: sbse.cio.bnc.mail@irs.gov | May 22 2026 02:22:00 | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7317, PHILADELPHIA, PA 19101-7317 |
| 14315071 | ^ MEBN | May 22 2026 02:17:44 | KML Law Group, P.C., BNY Mellon |

District/off: 0313-2     User: admin     Page 3 of 4

Date Rcvd: May 21, 2026     Form ID: 138OBJ     Total Noticed: 61

| Recip ID | | Notice type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14315077 | | Email/Text: compliance@thelandmarkcorp.com | May 22 2026 02:22:00 | P & B Capital Group LLC, 455 Center Road, West Seneca, NY 14224 |
| 14343636 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2026 02:26:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14315072 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 22 2026 02:22:00 | Lakeview Loan Servicing LLC, 4425 Ponce De Leon Blvd, Mail Stop MS5/251, Miami, FL 33146-1839 |
| 14349935 | ^ | MEBN | May 22 2026 02:17:28 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14315074 | | Email/Text: camanagement@mtb.com | May 22 2026 02:22:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 14315075 | | Email/Text: camanagement@mtb.com | May 22 2026 02:22:00 | M & T BANK, PO BOX 900, MILLSBORO, DE 19966 |
| 14324586 | + | Email/Text: bncnotifications@pheaa.org | May 22 2026 02:22:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14331563 | | Email/Text: bnc-quantum@quantum3group.com | May 22 2026 02:22:00 | Quantum3 Group LLC as agent for, Second Round LP, PO Box 788, Kirkland, WA 98083-0788 |
| 14315082 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2026 02:26:46 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14315083 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2026 02:26:55 | SYNCHRONY BANK/LOWES, PO BOX 956005, ORLANDO, FL 32896-0001 |
| 14315086 | + | Email/Text: bncmail@w-legal.com | May 22 2026 02:22:00 | TARGET, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 14315084 | + | Email/Text: bncmail@w-legal.com | May 22 2026 02:22:00 | TARGET, ATTN: BANKRUPTCY, PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 15071929 | | Email/Text: bncmail@w-legal.com | May 22 2026 02:22:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602 |
| 15071930 | | Email/Text: bncmail@w-legal.com | May 22 2026 02:22:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., P.O. Box 93024, Las Vegas, NV 89193-3024 |
| 14351254 | + | Email/Text: bncmail@w-legal.com | May 22 2026 02:22:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14315091 | + | Email/Text: dbogucki@trumark.org | May 22 2026 02:22:00 | TRUMARK FINANCIAL CREDIT UNION, 335 COMMERCE DR, FORT WASHINGTON, PA 19034-2701 |
| 14315089 | + | Email/Text: dbogucki@trumark.org | May 22 2026 02:22:00 | TRUMARK FINANCIAL CREDIT UNION, ATTN: BANKRUPTCY, 335 COMMERCE DR, FORT WASHINGTON, PA 19034-2701 |
| 14324405 | + | Email/Text: cbrennan@klehr.com | May 22 2026 02:22:00 | TruMark Financial Credit Union, c/o CORINNE SAMLER BRENNAN, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14315093 | + | Email/Text: BAN5620@UCBINC.COM | May 22 2026 02:22:00 | United Collection Bureau, 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID     Bypass Reason   Name and Address**

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: May 21, 2026 | Form ID: 138OBJ | Total Noticed: 61

| | | |
|---|---|---|
| 14315052 | *+ | CITIBANK/THE HOME DEPOT, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14315054 | *+ | CITIBANK/THE HOME DEPOT, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14315070 | * | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14315079 | * | Philadelphia Court of Common Pleas, Philadelphia City Hall, Philadelphia, PA 19107 |
| 14315087 | *+ | TARGET, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 14315085 | *+ | TARGET, ATTN: BANKRUPTCY, PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 14315092 | *+ | TRUMARK FINANCIAL CREDIT UNION, 335 COMMERCE DR, FORT WASHINGTON, PA 19034-2701 |
| 14315090 | *+ | TRUMARK FINANCIAL CREDIT UNION, ATTN: BANKRUPTCY, 335 COMMERCE DR, FORT WASHINGTON, PA 19034-2701 |
| 14330050 | *+ | TruMark Financial Credit Union, 335 Commerce Drive, Fort Washington PA 19034-2701 |
| 14315076 | ##+ | Onward Behavioral Health, 680 American Avenue, Suite 302, King of Prussia, PA 19406-4023 |

TOTAL: 0 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:

**Name** | **Email Address**

CORINNE SAMLER BRENNAN
     on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com

MATTHEW K. FISSEL
     on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
     ECFMail@ReadingCh13.com

STEPHEN MATTHEW DUNNE
     on behalf of Debtor Robin K. Ingram bestcasestephen@gmail.com  DunneLawOfficesPC@jubileebk.net

Scott F Waterman
     on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 138OBJ* (6/24)−doc 120 − 118

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                       )
    Robin K. Ingram                          )        Case No. 19−12694−amc
                             )
                             )
    Debtor(s).                               )        Chapter: 13
                             )
                             )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 21, 2026                                       For The Court

                                                      Mohung Wong
                                                      Clerk of Court