IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ROBIN INGRAM,              :        CHAPTER 13
                                  :
DEBTOR                            :        CASE NO. 19-12694-amcc
                                  :

**ORDER**

**AND NOW,** upon consideration of the Debtor's Motion for Permission to Approve a

Loan Modification, and after notice and hearing, and there being no objection thereto, it is hereby

**ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in

    the Motion.

Dated: May 28, 2026 _____          _____

                                             **ASHELY M. CHAN,**
                                             **U.S. BANKRUPTCY JUDGE**