United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 19-12694-amc

Robin K. Ingram                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                              Page 1 of 2

Date Rcvd: May 28, 2026                       Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

**Recip ID              Recipient Name and Address**
db              +   Robin K. Ingram, 6262 N. 3rd Street, Philadelphia, PA 19120-1402

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

**Name                          Email Address**

CORINNE SAMLER BRENNAN
                on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com

MATTHEW K. FISSEL
                on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
                ECFMail@ReadingCh13.com

STEPHEN MATTHEW DUNNE
                on behalf of Debtor Robin K. Ingram bestcasestephen@gmail.com  DunneLawOfficesPC@jubileebk.net

Scott F Waterman
                on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2                    User: admin                            Page 2 of 2
Date Rcvd: May 28, 2026                 Form ID: pdf900                       Total Noticed: 1
TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ROBIN INGRAM,                    :        CHAPTER 13
                                         :
        DEBTOR                           :        CASE NO. 19-12694-amcc
                                         :

**ORDER**

AND NOW, upon consideration of the Debtor's Motion for Permission to Approve a

Loan Modification, and after notice and hearing, and there being no objection thereto, it is hereby

ORDERED that:

1.  The Motion is **GRANTED**.

2.  The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in

    the Motion.

Dated: May 28, 2026

                                         _____
                                         **ASHELY M. CHAN,**
                                         **U.S. BANKRUPTCY JUDGE**