United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 19-12694-amc

Robin K. Ingram                                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 29, 2026 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robin K. Ingram, 6262 N. 3rd Street, Philadelphia, PA 19120-1402 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 30 2026 00:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2026 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026        Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |

District/off: 0313-2                           User: admin                                      Page 2 of 2

Date Rcvd: Jul 29, 2026                        Form ID: 138FIN                                  Total Noticed: 3

MATTHEW K. FISSEL
                    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

STEPHEN MATTHEW DUNNE
                    on behalf of Debtor Robin K. Ingram bestcasestephen@gmail.com  DunneLawOfficesPC@jubileebk.net

Scott F Waterman
                    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*Form 138FIN* (6/24)–doc 129 – 128

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          )

    Robin K. Ingram                  )          Case No. 19–12694–amc

                         )

                         )

    Debtor(s).                    )          Chapter: 13

                         )

                         )

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: July 29, 2026                                  For The Court

                                                Mohung Wong
                                                Clerk of Court